# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 19 PM 3:08

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JERRY CZAJKOWSKI, an individual

vs

REED ELSEVIER, INC., a
Massachusetts Corporation,

SUMMONS IN A CIVIL ACTION

Case No.

**07 CV 2383 JM LSP**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JERRY CZAJKOWSKI
6370 STREAMVIEW DR
SAN DIEGO, CA 92115

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMRICK

DEC 19 2007
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)