Summons in a Civil Action (Rev 11/97)

# United States District Court FILED

## SOUTHERN DISTRICT OF CALIFORNIA 2007 DEC 19 PM 4:12

JERRY CZAJKOWSKI, an individual

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

vs

SUMMONS IN A CIVIL ACTION BY _____ DEPUTY

REED ELSEVIER, INC., a
Massachusetts Corporation,

Case No.

**07 CV 2383 JM LSP**

TO: (Name and Address of Defendant)

*REED ELSEVIER, INC*
*525 B STREET*
*SAN DIEGO, CA 92101*
*619-231-6616*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JERRY CZAJKOWSKI
6370 STREAMVIEW DR
SAN DIEGO, CA 92115

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DEC 1 9 2007

W. Samuel Hamrick, Jr.

CLERK

DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE 12/19/2007 |
|---|---|
| NAME OF SERVER **MIKE CZAJKOWSKI** | TITLE **INDIVIDUAL** |

Check one box below to indicate appropriate method of service

**X** Served personally upon the defendant. Place where served: *525 B ST. SUITE 1900 SAN DIEGO, CA 921001*

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *LYNNE WARD*

*H.R. DIRECTOR AUTHORIZED TO ACCEPT SUMMONS*

Return unexecuted:

Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    12/19/07

Date

Signature of Server

*2476 AZURE COAST DR CA 92037*

Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)