LATHAM & WATKINS LLP
  Kenneth Fitzgerald (Bar No. 142505)
  Hassan Elrakabawy (Bar No. 248146)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: +1.619.236.1234
Facsimile: +1.619.696.7419

Attorneys for Defendant
Reed Elsevier Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CZAJKOWSKI, Ph.D., an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>REED ELSEVIER INC., a Massachusetts Corporation,<br><br>   Defendant. | CASE NO. 07 CV 2383 JM (LSP)<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>DATE: February 8, 2008<br>TIME: 1:30 p.m.<br>COURTROOM: 16<br><br>Honorable Jeffrey T. Miller |

TO PLAINTIFF JERRY CZAJKOWSKI, Ph.D.:

PLEASE TAKE NOTICE that on February 8, 2008 at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Jeffrey T. Miller, located at the United States Courthouse, 940 Front Street, San Diego, California, defendant Reed Elsevier Inc. will and does hereby move to dismiss plaintiff's complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that plaintiff's claim is barred by res judicata, collateral estoppel, and the statute of limitations.

This motion is based on the pleadings and papers on file in this action, this Notice of Motion and Motion, the accompanying Memorandum of Points and

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\615091.1

1

CASE NO. 07CV2383 JM(LSP)
NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFF'S COMPLAINT

1  Authorities, the Request for Judicial Notice filed concurrently herewith and
2  exhibits thereto, and such other and further evidence and argument as may be
3  presented.

5  Dated: January 3, 2008

Respectfully submitted,

LATHAM & WATKINS

By   s/Kenneth M. Fitzgerald
     Kenneth M. Fitzgerald
     Attorneys for Defendant
     Reed Elsevier Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\615091.1

2

CASE NO. 07CV2383 JM(LSP)
NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFF'S COMPLAINT