1 | LATHAM & WATKINS LLP
    Kenneth Fitzgerald (Bar No. 142505)
2 |   Hassan Elrakabawy (Bar No. 248146)
   | 600 West Broadway, Suite 1800
3 | San Diego, California 92101-3375
   | Telephone: +1.619.236.1234
4 | Facsimile: +1.619.696.7419

5 | Attorneys for Defendant
   | Reed Elsevier Inc.

6

7

8

9

10

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

11

12 | JERRY CZAJKOWSKI, Ph.D., an individual,

13 | Plaintiff,

14 | v.

15 | REED ELSEVIER INC., a Massachusetts Corporation,

16 | Defendant.

17

18

CASE NO. 07 CV 2383 JM (LSP)

NOTICE OF PARTIES WITH FINANCIAL INTEREST

Honorable Jeffrey T. Miller

19

20       Defendant Reed Elsevier Inc. ("Reed") hereby notifies the Court,

21 pursuant to CivLR 40.2, that its parent corporations are Reed Elsevier PLC and

22 Reed Elsevier NV, which both own over 10% of the stock in Reed.

23 | DATED: January 3, 2008        LATHAM & WATKINS LLP

24

25                          By:   s/Kenneth M. Fitzgerald
26                                Kenneth M. Fitzgerald
27                                Attorneys for Defendant
28                                Reed Elsevier Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\615140.1

CASE NO. 07CV2383 JM(LSP)
NOTICE OF PARTIES WITH FINANCIAL INTEREST