1    LATHAM & WATKINS LLP
      Kenneth Fitzgerald (Bar No. 142505)
2       Hassan Elrakabawy (Bar No. 248146)
   600 West Broadway, Suite 1800
3    San Diego, California 92101-3375
   Telephone: +1.619.236.1234
4    Facsimile:  +1.619.696.7419

5    Attorneys for Defendant
   Reed Elsevier Inc.

6

7

8               UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11    JERRY CZAJKOWSKI, Ph.D., an
   individual,             CASE NO. 07 CV 2383 JM (LSP)
12

13         Plaintiff,           DECLARATION OF SERVICE

14       v.                Honorable Jeffrey T. Miller

15    REED ELSEVIER INC., a
   Massachusetts Corporation,
16

17         Defendant.

18

19

20         I am a resident of the State of California, over the age of eighteen

21 years, and not a party to the within action.  My business address is Latham &

22 Watkins, 600 West Broadway, Suite 1800, San Diego, California 92101.  On

23 January 3, 2008, I served the within document(s):

24        NOTICE OF RELATED CASE;

25        NOTICE OF PARTIES WITH FINANCIAL INTEREST.

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO    SD\615147.1                              CASE NO. 07CV2383 JM(LSP)
                                        DECLARATION OF SERVICE

⊠ **BY REGULAR MAIL (C.C.P. § 1013(a)):** I caused the above document(s) to be deposited in the United States mail at San Diego, California, with postage thereon fully prepaid addressed to the party(ies) listed below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Such mail is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to.

☐ **BY FED EX:** I am readily familiar with Latham & Watkins' practice of collection and processing packages for FedEx. Under that practice, the FedEx package would be deposited with FedEx on that same day with billing charges thereon fully prepaid in the ordinary course of business. I placed a sealed envelope or package containing the above document(s) with the Latham & Watkins FedEx pick-up box, or other like facility for pick-up by the regularly scheduled Federal Express for receipt of overnight packages addressed to the party(ies) listed below

☐ **BY PERSONAL SERVICE (C.C.P. § 1011(a)(b)):** I caused [a sealed envelope or package containing] the above document(s) and addressed as set forth below to be personally delivered to the parties listed below and left with a receptionist or other person having charge thereof at the offices of the party(ies) listed below by First Legal Attorney Service [address].

Jerry Czajkowski, Ph.D.
6370 Streamview Drive
San Diego, CA 92115
619.287.2944

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 3, 2008, at San Diego, California.

Ginger Calderon

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\615147.1

CASE NO. 07CV2383 JM(LSP)
DECLARATION OF SERVICE