LATHAM & WATKINS
   Kenneth M. Fitzgerald (SBN 142505)
   Hassan Elrakabawy (SBN 248146)
600 W. Broadway, Suite 1800
San Diego, California 92101
Telephone: +1.619.236.1234
Facsimile: +1.619.696.7419

Attorneys for Defendant
Reed Elsevier Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CZAJKOWSKI, Ph.D., an individual,<br><br>           Plaintiff,<br><br>   v.<br><br>REED ELSEVIER INC., a Massachusetts Corporation,<br><br>           Defendant. | CASE NO. 07 CV 2383 JM(LSP)<br><br>NOTICE OF RELATED CASE |

       Pursuant to Local Rule 40.1(e), defendant hereby notifies the Court that a related action was previously filed in this Court. The related action is: <u>Jerry Czajkowski, Lonia Czajkowski, Plaintiffs v. Peter Jovanovich, Harcourt Brace Jovanovich, Inc.</u>, Case Number 92-0431-B-(AJB).

       The related <u>Czajkowski</u> action was filed on February 25, 1992 in the Superior Court of the State of California, County of San Diego, and subsequently removed to this Court. The prior action was brought by the same plaintiff, Jerry Czajkowski, Ph.D, and it concerned the same contention advanced in the present action: that plaintiff is entitled to receive $13.50 per share for his preferred stock in Harcourt Brace Jovanovich, Inc., plus accumulated dividends at 12% per year.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN DIEGO

SD\615027.1

1

CASE NO. 07 CV 2383 JM(LSP)
NOTICE OF RELATED CASE

1  Inasmuch as Judge Brewster issued several dispositive rulings and a judgment of
2  dismissal in the prior action, assignment of this case to Judge Brewster may result
3  in judicial economies.

Dated: January 3, 2008

LATHAM & WATKINS
Kenneth M. Fitzgerald
Hassan Elrakabawy


By  s/Kenneth M. Fitzgerald
      Kenneth M. Fitzgerald
      Attorneys for Defendant
      REED ELSEVIER INC.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\615027.1

2

CASE NO. 07 CV 2383 JM(LSP)
NOTICE OF RELATED CASE