1    LATHAM & WATKINS LLP
     Kenneth M. Fitzgerald (SBN 142505)
2      kenneth.fitzgerald@lw.com
     Hassan Elrakabawy (SBN 248146)
3      hassan.elrakabawy@lw.com
   600 West Broadway, Suite 1800
4    San Diego, California 92101-3375
   Telephone: +1.619.236.1234
5    Facsimile: +1.619.696.7419

6    Attorneys for Defendant Reed Elsevier Inc.

7

8              UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   JERRY CZAJKOWSKI, Ph.D., an individual, | CASE NO. 07 CV 2383 JM (LSP) |
| 12            Plaintiff, | DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AND FOR PRE-FILING ORDER AGAINST VEXATIOUS LITIGANT |
| 13    v. | |
| 14   REED ELSEVIER INC., a Massachusetts Corporation, and DOES 1-30, inclusive, | DATE: March 7, 2008 TIME: 1:30 p.m. |
| 15 | COURTROOM: 16, 5th Floor |
| 16           Defendant. | Honorable Jeffrey T. Miller |

17

18

19    TO PLAINTIFF JERRY CZAJKOWSKI, Ph.D.:

20           PLEASE TAKE NOTICE that on March 7, 2008 at 1:30 p.m., in the

21    courtroom of the Honorable Jeffrey T. Miller, located at the United States

22    Courthouse, 940 Front Street, San Diego, California, defendant Reed Elsevier Inc.

23    will and does hereby move for sanctions, pursuant to Rule 11 of the Federal Rules

24    of Civil Procedure, on the grounds that plaintiff has filed a frivolous lawsuit barred

25    by New York Law, res judicata, collateral estoppel and the statute of limitations.

26    Defendant also moves for an order prohibiting plaintiff from filing future suits over

27    his barred claim, or otherwise communicating with the defendant or its successors

28    about that claim. This motion is based on the pleadings and papers on file in this

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\615187.1

1

CASE NO. 07 CV 2383 JM (LSP)
NOTICE OF MOTION AND MOTION
FOR SANCTIONS

1  action, this Notice of Motion and Motion, the accompanying Memorandum of

2  Points and Authorities, the Declaration of Kenneth M. Fitzgerald filed concurrently

3  herewith and exhibits thereto, defendant's Request for Judicial Notice previously

4  filed with the Court and exhibits thereto and such other and further evidence and

5  argument as may be presented.

6

7  Dated:  January 29, 2008                Respectfully submitted,

8                                          LATHAM & WATKINS

9

10                                         By    s/Kenneth M. Fitzgerald
                                                 Kenneth M. Fitzgerald
11                                               Attorneys for Defendant
                                                 Reed Elsevier Inc.
12                                               E-mail:  kenneth.fitzgerald@lw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28