1  LATHAM & WATKINS LLP
    Kenneth M. Fitzgerald (SBN 142505)
2   kenneth.fitzgerald@lw.com
    Hassan Elrakabawy (SBN 248146)
3   hassan.elrakabawy@lw.com
   600 West Broadway, Suite 1800
4  San Diego, California 92101-3375
   Telephone: (619) 236-1234
5  Facsimile: (619) 696-7419

6  Attorneys for Defendant Reed Elsevier, Inc.

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | JERRY CZAJKOWSKI, Ph.D., an individual, | CASE NO. 07 CV 2383 JM (LSP) |
|---|---|---|
| 12 | Plaintiff, | **PROOF OF SERVICE** |
| 13 | v. | DATE: March 7, 2008<br>TIME: 1:30 p.m.<br>COURTROOM: 16, 5TH Floor |
| 14 | REED ELSEVIER, INC., a Massachusetts Corporation, and DOES 1-20, inclusive, | Honorable Jeffrey T. Miller |
| 15-16 | Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE
Jerry Czajkowski, Ph.D. v. Reed Elsevier Inc., etc., et al.
United States District Court, Southern District of California
Case No: 07-CV-2383-JM (LSP)

   I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

   On January 29, 2008, I served the following documents described as:

   1.   DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SANCTIONS AND FOR PRE-FILING ORDER AGAINST VEXATIOUS LITIGANT;

   2.   DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SANCTIONS AND FOR PRE-FILING ORDER AGAINST VEXATIOUS LITIGANT; and

   3.   DECLARATION OF KENNETH M. FITZGERALD IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS AND FOR PRE-FILING ORDER AGAINST VEXATIOUS LITIGANT

by serving a true copy of the above-described documents in the following manner:

   Jerry Czajkowski
   6370 Streamview Drive
   San Diego, CA 92115
   Telephone: (619) 287-2944

BY U.S. MAIL

I deposited a sealed envelope or package containing the document in accordance with the office practice of Latham & Watkins for collecting and processing documents for mailing. I am familiar with the office practice of Latham & Watkins for collecting and processing documents for mailing. Under that practice, documents are deposited with the Latham & Watkins personnel responsible for depositing documents with the United States Postal Service and such documents are delivered to the U.S. Postal Service on that same day with postage thereon fully

/ / /

/ / /

/ / /

/ / /

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\615238.1

1

CASE NO: 07 CV 2383 JM (LSP)
PROOF OF SERVICE

1  prepaid in the ordinary course of business.  The sealed envelope or package
2  containing the document was addressed as set forth above.

3     I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made
4  and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
5
   Executed on January 29, 2008, at San Diego, California.
6
7           *Patricia L. Beebe* (signature)
        Patricia L. Beebe
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\615238.1

2

CASE NO:  07 CV 2383 JM (LSP)
PROOF OF SERVICE