1  LATHAM & WATKINS LLP
    Kenneth M. Fitzgerald (SBN 142505)
2    kenneth.fitzgerald@lw.com
    Hassan Elrakabawy (SBN 248146)
3    hassan.elrakabawy@lw.com
   600 West Broadway, Suite 1800
4  San Diego, California 92101-3375
   Telephone: +1.619.236.1234
5  Facsimile: +1.619.696.7419

6  Attorneys for Defendant Reed Elsevier Inc.

7

8                  UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  JERRY CZAJKOWSKI, Ph.D., an          CASE NO. 07 CV 2383 JM (LSP)
    individual,
12                                        DEFENDANT'S NOTICE OF MOTION
                Plaintiff,                AND MOTION FOR SANCTIONS AND
13                                        FOR PRE-FILING ORDER AGAINST
         v.                               VEXATIOUS LITIGANT
14  REED ELSEVIER INC., a
    Massachusetts Corporation, and DOES   DATE: March 7, 2008
15  1-20, inclusive,                      TIME: 1:30 p.m.
                                          COURTROOM: 16, 5th Floor
16                Defendant.
                                          Honorable Jeffrey T. Miller
17

18

19  TO PLAINTIFF JERRY CZAJKOWSKI, Ph.D.:

20         PLEASE TAKE NOTICE that on March 7, 2008 at 1:30 p.m., in the

21  courtroom of the Honorable Jeffrey T. Miller, located at the United States

22  Courthouse, 940 Front Street, San Diego, California, defendant Reed Elsevier Inc.

23  will and does hereby move for sanctions, pursuant to Rule 11 of the Federal Rules

24  of Civil Procedure, on the grounds that plaintiff has filed a frivolous lawsuit barred

25  by New York Law, res judicata, collateral estoppel and the statute of limitations.

26  Defendant also moves for an order prohibiting plaintiff from filing future suits over

27  his barred claim, or otherwise communicating with the defendant or its successors

28  about that claim. This motion is based on the pleadings and papers on file in this

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO                SD\615187.1
                                          1                     CASE NO. 07 CV 2383 JM (LSP)
                                                               NOTICE OF MOTION AND MOTION
                                                                         FOR SANCTIONS

1    action, this Notice of Motion and Motion, the accompanying Memorandum of

2    Points and Authorities, the Declaration of Kenneth M. Fitzgerald filed concurrently

3    herewith and exhibits thereto, defendant's Request for Judicial Notice previously

4    filed with the Court and exhibits thereto and such other and further evidence and

5    argument as may be presented.

6

7    Dated:  January 29, 2008                    Respectfully submitted,

8                                                LATHAM & WATKINS

9

10                                               By    s/Kenneth M. Fitzgerald
                                                     Kenneth M. Fitzgerald
11                                                   Attorneys for Defendant
                                                     Reed Elsevier Inc.
12                                                   E-mail:  kenneth.fitzgerald@lw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS⌐⌐ SD\615187.1
ATTORNEYS AT LAW
SAN DIEGO

2

CASE NO. 07 CV 2383 JM (LSP)
NOTICE OF MOTION AND MOTION
FOR SANCTIONS