1  LATHAM & WATKINS LLP
   Kenneth M. Fitzgerald (SBN 142505)
2  kenneth.fitzgerald@lw.com
   Hassan Elrakabawy (SBN 248146)
3  hassan.elrakabawy@lw.com
   600 West Broadway, Suite 1800
4  San Diego, California 92101-3375
   Telephone: +619.236.1234
5  Facsimile: +619.696.7419

6  Attorneys for Defendant Reed Elsevier, Inc.

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | JERRY CZAJKOWSKI, Ph.D., an individual, | CASE NO. 07 CV 2383 JM (LSP) |
|---|---|---|
| 12 | | **PROOF OF SERVICE** |
| 13 | Plaintiff, | DATE: March 7, 2008 |
| 14 | v.<br>REED ELSEVIER, INC., a | TIME: 1:30 p.m.<br>COURTROOM: 16, 5TH Floor |
| 15 | Massachusetts Corporation, and DOES 1-20, inclusive, | Honorable Jeffrey T. Miller |
| 16 | Defendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

### PROOF OF SERVICE
<u>Jerry Czajkowski, Ph.D. v. Reed Elsevier Inc., etc., et al.</u>
United States District Court, Southern District of California
Case No: 07-CV-2383-JM (LSP)

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On February 29, 2008, I served the following document described as:

DEFENDANT'S CONSOLIDATED REPLY IN SUPPORT OF MOTIONS FOR SANCTIONS AND FOR PRE-FILING ORDER AGAINST VEXATIOUS LITIGANT

by serving a true copy of the above-described documents in the following manner:

Jerry Czajkowski
6370 Streamview Drive
San Diego, CA 92115
Telephone: (619) 287-2944

**BY U.S. MAIL**

I deposited a sealed envelope or package containing the document in accordance with the office practice of Latham & Watkins for collecting and processing documents for mailing. I am familiar with the office practice of Latham & Watkins for collecting and processing documents for mailing. Under that practice, documents are deposited with the Latham & Watkins personnel responsible for depositing documents with the United States Postal Service and such documents are delivered to the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. The sealed envelope or package containing the document was addressed as set forth above.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 29, 2008, at San Diego, California.

*/s/ Patricia L. Beebe*
Patricia L. Beebe

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO
SD\622150.1
1
CASE NO: 07 CV 2383 JM (LSP)
PROOF OF SERVICE