# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CZAJKOWSKI,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>REED ELSEVIER, INC.,<br><br>　　　　　　　　　Defendant. | CASE NO. 07 CV 2383 JM (LSP)<br><br>**SCHEDULING ORDER** |

The hearing on Defendants' motions for sanctions (Doc. no. 9) and for pre-filing order against vexatious litigant (Doc. no. 10), currently set for March 7, 2008, is hereby **RESCHEDULED** to *March 19, 2008, at 1:30 p.m.* in Courtroom 16.

**IT IS SO ORDERED.**

**DATED: March 4, 2008**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Hon. Jeffrey T. Miller**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

cc:　　　All parties