1  LATHAM & WATKINS LLP
       Kenneth M. Fitzgerald (SBN 142505)
2      kenneth.fitzgerald@lw.com
       Hassan Elrakabawy (SBN 248146)
3      hassan.elrakabawy@lw.com
   600 West Broadway, Suite 1800
4  San Diego, California 92101-3375
   Telephone: +1.619.236.1234
5  Facsimile: +1.619.696.7419

6  Attorneys for Defendant Reed Elsevier Inc.

7

8              UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10

11 JERRY CZAJKOWSKI, Ph.D., an            CASE NO. 07 CV 2383 JM (LSP)
   individual,
12                                         NOTICE OF CONTINUED HEARING
                   Plaintiff,             ON DEFENDANT'S MOTION FOR
13                                         SANCTIONS AND MOTION FOR PRE-
           v.                              FILING ORDER AGAINST
14 REED ELSEVIER INC., a                   VEXATIOUS LITIGANT
   Massachusetts Corporation, and DOES
15 1-20, inclusive,                        DATE: March 19, 2008
                                           TIME: 1:30 p.m.
16                 Defendant.              COURTROOM: 16, 5th Floor

17                                         Honorable Jeffrey T. Miller

18 TO PLAINTIFF JERRY CZAJKOWSKI, Ph.D.:

19         PLEASE TAKE NOTICE that the hearing on defendant Reed Elsevier

20 Inc.'s Motion For Sanctions and Motion For Pre-Filing Order Against Vexatious

21 Litigant, originally set for March 7, 2008 at 1:30 p.m. has been continued to

22 March 19, 2008 a 1:30 p.m.

23 Dated: March 4, 2008              Respectfully submitted,

24                                   LATHAM & WATKINS

25

26                                   By   s/Kenneth M. Fitzgerald
                                          Kenneth M. Fitzgerald
27                                        Attorneys for Defendant
                                          Reed Elsevier Inc.
28                                        E-mail: kenneth.fitzgerald@lw.com

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO
SD\622502.1

                                    1                    CASE NO. 07 CV 2383 JM (LSP)
                                                         NOTICE OF CONTINUED HEARING ON
                                                         DEFENDANT'S MOTION FOR SANCTIONS