LATHAM & WATKINS LLP
    Kenneth Fitzgerald (Bar No. 142505)
    Hassan Elrakabawy (Bar No. 248146)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: +1.619.236.1234
Facsimile: +1.619.696.7419

Attorneys for Defendant
Reed Elsevier Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CZAJKOWSKI, Ph.D., an individual, <br><br> Plaintiff, <br><br> v. <br><br> REED ELSEVIER INC., a Massachusetts Corporation, <br><br> Defendant. | CASE NO. 07 CV 2383 JM (LSP) <br><br> DECLARATION OF SERVICE <br><br> Honorable Jeffrey T. Miller |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Latham & Watkins, 600 West Broadway, Suite 1800, San Diego, California 92101. On March 4, 2008, I served the within document(s):

**NOTICE OF CONTINUED HEARING ON DEFENDANT'S MOTION FOR SANCTIONS AND MOTION FOR PRE-FILING ORDER AGAINST VEXATIOUS LITIGANT**

☒ **BY REGULAR MAIL (C.C.P. § 1013(a)):** I caused the above document(s) to be deposited in the United States mail at San Diego, California, with postage thereon fully prepaid addressed to the party(ies) listed below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Such mail is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to.

☐ **BY E-MAIL:** I caused the above-referenced documents to be converted in digital format (.pdf) and served by electronic mail to the addresses at the addresses listed below.

Jerry Czajkowski, Ph.D.
6370 Streamview Drive
San Diego, CA 92115
619.287.2944

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 4, 2008, at San Diego, California.

*Ginger Calderon*
Ginger Calderon

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\615147.1

CASE NO. 07CV2383 JM(LSP)
DECLARATION OF SERVICE