# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

JERRY CZAJKOWSKI

                V.                      **JUDGMENT IN A CIVIL CASE**

REED ELSEVIER, INC.,

                                        CASE NUMBER:   07cv2383-JM(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the court hereby grants the motion to dismiss with prejudice, denies the motion for sanctions, and denies the motion for a pre-filing order. The court intends this order to act as a clear and unequivocal holding that Plaintiff has no remaining legal remedies arising out of his HBJ preferred stock. Plaintiff is strongly cautioned to recognize the legal impact of this holding, particularly as it relates to future litigation and requests for sanctions or vexatious-litigant orders against Plaintiff............................................................
............................................................................................................................................................

| March 20, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON March 20, 2008 |