# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CZAJKOWSKI,<br><br>　　　　　　　　Plaintiff,<br>vs.<br>REED ELSEVIER, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. 07 CV 2383 JM (LSP)<br><br>**ORDER ENTERING EXHIBIT INTO RECORD** |

At the March 19, 2008 hearing on Defendant's motion to dismiss, Plaintiff submitted the attached document, entitled "Oral Argument," and the court admitted the document into the record. The Clerk is instructed to file the attached document as an exhibit.

**IT IS SO ORDERED.**

DATED: __3/27__, 2008

　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: All parties

- 1 -

07cv2383