**FILED**
MAY 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

APR 28 2008

To:  Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re:  USCA No:  08-55554
USDC No:  07cv2383 JM (LSP)
**Czajkowski v. Reed Elsevier, Inc.**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   | Copy of the Notice of Appeal |   | Docket Entries |
|---|---|---|---|
|   | Case Information/Docket Fee Payment Notification Form |   |   |
|   | Order for Time Schedule (Criminal) |   |   |
|   | Original Clerk's Record in _ set(s) of _ volume(s). |   |   |
|   | Reporter's transcript's transcripts in _ set(s) of _ volume(s). |   |   |
|   | Clerk's supplemental record in _ set(s) of _ volume(s). |   |   |
|   | Exhibits in _ envelope(s) _ box(es) _ folders(s) |   |   |
|   | Judgement Order | OR | F/P Order |
|   | CJA Form 20 | OR | Minute Order |
| ✖ | Certificate of Record | OR | Mandate Return |
|   | Amended docket fee notification form |   |   |
|   | Order Appointing Counsel for Appeal |   |   |
|   |   |   |   |
| ✖ | Please acknowledge on the enclosed copy of this transmittal |   |   |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date:   04/14/08        By: **L. Hammer**
Lauren Hammer, **Deputy**